**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Brent Stafford Gore
Attorney at Law
111 Serio Blvd.
Ferriday LA 71334

**REHEARING ACTION: February 1, 2012**

**Docket Number: 11   00172-CA**

**SUCCESSION OF MELBA MITCHELL GRIGGS**

**Appealed from Concordia Parish Case No. 43991**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Oswald A. Decuir**
**Hon. Jimmie C. Peters**
**Hon. J. David Painter**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Katheryn Hoover Tyson, et al** has this day been

**DENIED.**
Painter, J., would grant rehearing without argument to address item argued
but not covered in original or 5-judge opinions.

cc: Brandy McClure, Counsel for the Appellant